**Order entered May 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00027-CV

**JUSTIN A JINRIGHT, Appellant**

**V.**

**NORTH TEXAS MUNICIPAL WATER DISTRICT, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02373-2016**

### ORDER

Before the Court is appellant's past due motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received May 11, 2021 filed as of the date of this order.

                                        /s/    CRAIG SMITH
                                                JUSTICE